PETER B. BRADLEY et al., Respondents, *v.* CHARLES F. BRIDGE et al., as Receivers of the BRADLEY SALT COMPANY, Respondents.

WALTER H. BRADLEY, Appellant, and EDWARD H., MORRIS et al., Respondents.

*Bradley* v. *Bridge,* 101 App. Div. 611, affirmed.
(Argued June 18, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered upon an order made November 15, 1904, affirming an interlocutory and a final judgment entered upon the report of a referee in an action to settle the rights of the plaintiffs and the defendants as to certain assets of the Bradley Salt Company.

*P. M. French* for appellant.

*Horace McGuire* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT and HISCOCK, JJ. Absent: O'BRIEN, J. Not sitting: CHASE, J.

---

FRED D. MALDOON, Respondent, *v.* THE JEFFERSON POWER COMPANY, Appellant.

*Maldoon* v. *Jefferson Power Company,* 105 App. Div. 625, affirmed.
(Argued June 18, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Francis K. Purcell* for appellant.

*Edgar V. Bloodough* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT and CHASE, JJ. Absent: O'BRIEN, J. Not sitting: HISCOCK, J.